No. 1204. MYERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Newton B. Schwartz* for petitioner. *Solicitor General Marshall* for the United States. ▮

No. 1213. COOK ELECTRIC Co. *v.* FRANK HORTON & Co., INC. C. A. 7th Cir. Certiorari denied. *Thomas J. Johnson, Jr.,* for petitioner. *Robert L. Stern* for respondent.

No. 1220. CUNNINGHAM *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Thomas Gilbert Sharpe, Jr.,* and *Samuel James Lee* for petitioner. *Solicitor General Marshall* for the United States.

No. 1266. WALKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edwin J. Peterson* for petitioner. *Solicitor General Marshall* for the United States. ▮

No. 1270. NANTUCKET EXPRESS LINES, INC., ET AL. *v.* WOODS HOLE, MARTHA'S VINEYARD & NANTUCKET STEAMSHIP AUTHORITY. Sup. Jud. Ct. Mass. Certiorari denied. *Arthur V. Getchell* and *Roger F. Turner* for petitioners. *Laurence S. Fordham* for respondent.

No. 1165. RUDAWSKI ET AL. *v.* FLORIDA. Sup. Ct. Fla. Motion of Thomas H. Wakefield as Guardian *ad litem* for unknown heirs of Jacob Tim, deceased, to be named as a party respondent granted. Certiorari denied. *Thomas H. Wakefield, pro se,* on the motion. *Milton E. Grusmark* for petitioners. *Earl Faircloth,* Attorney General of Florida, and *Sam Spector,* Assistant Attorney General, for respondent.